# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ROYLETTE R. LOCKHART                                         PLAINTIFF

v.                         No. 4:26-cv-409-DPM

WH LAW and CHRIS W. BURKS,
Individually                                               DEFENDANTS

## ORDER

The Court will dismiss this case *sua sponte* for lack of subject matter jurisdiction.  Motions, *Doc. 5 & 9*, denied without prejudice as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 June 2026