# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ROYLETTE R. LOCKHART                                    PLAINTIFF

v.                          No. 4:26-cv-409-DPM

WH LAW and CHRIS W. BURKS,
Individually                                          DEFENDANTS

## JUDGMENT

Lockhart's complaint is dismissed without prejudice for lack of jurisdiction.

_____
D.P. Marshall Jr.
United States District Judge

_____
4 June 2026